# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138844 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ORLANDO DEENAIR DAVIS,
     Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138844
COA: 290632
Calhoun CC: 08-002807-FC

_____/

On order of the Court, the application for leave to appeal the March 26, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

Clerk

0720